## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| **NATHAN DORMAN** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 1:23-cv-00111-NT** |
| | ) | |
| **BAR HARBOR WHALE WATCH CO.,** | ) | |
| **OCEAN PROPERTIES, LTD.,** | ) | |
| **BHWW, LLC, and ACADIA EXPLORER** | ) | |
| **492, LLC** | ) | |
| **Defendants** | ) | |

### JOINT MOTION TO EXTEND THE SETTLEMENT ORDER OF DISMISSAL

NOW COMES Nathan Dorman ("Plaintiff") and Bar Harbor Whale Watch Co. Inc. ("Bar Harbor"), Ocean Properties, Ltd. ("Ocean Properties"), B.H.W.W., L.L.C. ("BHWW"), and Acadia Explorer 492, LLC ("Acadia Explorer") collectively (the "Parties"), by and through their undersigned counsel and submit their Joint Motion to Extend the Settlement Order of Dismissal. As grounds therefore, the Parties state the following:

1. On March 15, 2024, the Court entered a thirty (30) day settlement order.

2. The Parties agreed on the Release language;

3. The Plaintiff executed the Release and mailed same to Plaintiff's counsel; however, do to unknown mailing issues Plaintiff's counsel did not receive the executed release.

4. The Plaintiff and Plaintiff's counsel took steps to ensure that the Plaintiff's Executed Release was provided to defense counsel without delay.

5. Defense counsel received the Plaintiff's Executed Release via email on April 11, 2024.

In an abundance of caution, the Parties respectfully request this Honorable Court to Extend the Settlement Order of Dismissal by forty-five (45) days. In light of the mailing issues, the Parties reasonably believe that an additional forty-five (45) days will afford the Defendants thirty (30) days to issue settlement funds and consummate the settlement.

Respectfully submitted,

The Plaintiff,                          The Defendants,
Nathan Dorman                          Ocean Properties, Ltd., BHWW, LLC,
                                       Bar Harbor Whale Watch Co. , Acadia
                                       Explorer 492, LLC

By his attorneys,                      By their attorneys,


/s/ Kyle W. Chapel                     /s/ Daniel C. Kelley
Kyle W. Chapel , Esq.                  Daniel C. Kelley, ME Bar No. 010188
Admitted *Pro Hac Vice*                Holbrook & Murphy
24 Greenway Plaza                      238 Lewis Wharf
Suite 500                              Boston, Ma 02110
Houston, TX 77098                      (617) 428-1151
(832) 690-7000                         dkelley@holbrookmurphy.com
Kyle@pstriallaw.com



**Certificate of Service**

I hereby certify that on April 15, 2024, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Daniel C. Kelley
Daniel C. Kelley, ME Bar No. 010188